UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON M. STEED, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:08-cv-01954-CAS |
| | ) | |
| **NORDYNE, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

     The above-styled case was filed in the Eastern Division of this court on 12/17/2008, and assigned to the Honorable Charles A. Shaw. Because the jurisdiction of this matter lies in the Southeast Division of this district, this case should have been assigned a Southeast Division case number.

    IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeast Division of this court and assigned Case No. 1:08-cv-00178-SNLJ. The Honorable Stephen N Limbaugh, Jr will preside.

    Case No. 4:08-cv-01954-CAS is hereby administratively closed. Judge Shaw's name will be replaced for future assignment.

  Dated this 22nd day of December, 2008.

                               James G. Woodward
                               Clerk of Court

                               By: /s/ Karen Moore
                                     Deputy Clerk

  Please refer to Case No .**1:08-cv-00178-SNLJ** in all future matters concerning this case.